# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
McAllen Division

| | |
|---|---|
| United States of America<br>v.<br>Ruben Ramos BELTRAN<br>Lawful Permanent Resident<br>YOB: 1970<br>*Defendant* | ) ) ) ) ) ) )    Case No. 7:18 mj 1356 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __June 29, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 and 2__
an offense described as follows:

Knowingly attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: five thousand cartridges of 7.62 x 39mm caliber ammunition. Aiding and abetting and facilitating the smuggling and attempted smuggling of ammunition.

    This criminal complaint is based on these facts:

See Attachment A.

☒ Continued on the attached sheet

                                                               /S/ Brian E. Garcia
                                                             *Complainant's signature*

                                                       Brian E. Garcia, HSI Special Agent
                                                           *Printed name and title*

Sworn to before me and signed in my presence.
Submitted by reliable electronic means, sworn to and attested to electronically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: __June 30, 2018-11:56am__                                       *Judge's signature*

City and state: __McAllen, TX__                                    Juan F. Alanis, U.S. Magistrate Judge

Attachment A

On June 29, 2018, Homeland Security Investigations (HSI) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SAs) were conducting surveillance at a local Federal Firearms Licensee (FFL). SAs observed an individual later identified as, Ruben Ramos BELTRAN, taking possession of a large order of ammunition and placing the ammunition into his vehicle. Thus, SAs initiated mobile surveillance of BELTRAN. A Hidalgo County Sherriff Deputy conducted a traffic stop in Mercedes, Texas. During the traffic stop, BELTRAN gave consent to the Deputy to search his vehicle, while also stating that there was ammunition inside.

HSI and ATF SAs proceeded to conduct an interview of BELTRAN. BELTRAN stated he was going to take the ammunition to a storage room located in Brownsville, Texas. BELTRAN stated that another unknown person was going to pick up the ammunition and take it into Mexico. BELTRAN stated he knew the ammunition was going into Mexico. BELTRAN stated that he knew it was illegal to take ammunition into Mexico. BELTRAN also stated that he did not, nor had he ever applied for a license to export ammunition from the Unites States. BELTRAN stated that he was going to get paid four hundred dollars ($400) to take the ammunition to the storage room in Brownsville, Texas.

/S/ Brian E. Garcia
Brian E. Garcia, Special Agent
Homeland Security Investigations

Sworn to before me and signed on June 30, 2018, in McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge